IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:20-cv-62605

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL SHEEHAN, | ) |
| ARORA KARAN SATISH, | ) |
| ATK ASSOCIATES, LLC., and | ) |
| SIAN OCEAN RESIDENCES | ) |
| CONDOMINIUM ASSOCIATION, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND REQUEST FOR DECLARATORY RELIEF

The United States of America complains and alleges as follows:

1. Plaintiff, the United States of America, brings this civil action to obtain a monetary judgment for unpaid federal income tax liabilities owed by Defendant Daniel Sheehan for tax periods 2010 and 2011 and to obtain a declaratory judgment that its federal tax liens attached to property once owned by Defendant Sheehan in Broward County, Florida.

2. This action is authorized and requested by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, and is commenced at the direction of the Attorney General of the United States. 26 U.S.C. § 7401.

### Jurisdiction and Venue

3. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a) and 7403.

1

4. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities accrued and continue to accrue in this district and the Defendant Daniel Sheehan resides in this district.

## Defendants and Subject Property

5. The real property subject of this action (the "Subject Property") is located at 4001 South Ocean Drive #3F, Hollywood, Florida 33019 and is more specifically described as follows:

> Unit No. 3F in SIAN OCEAN RESIDENCES CONDOMINIUM, according to the Declaration of Condominium thereof, recorded February 27, 2006, in Official Records Book 41532, at Page 1736, Public Records of Broward County, Florida, as amended and/or supplemented from time to time.
>
> PARCEL ID: 11226-EA-02100.

6. Defendant Sheehan resides in Broward County, Florida, which is within the jurisdiction of this Court.

7. Defendant Arora Karan Satish resides in Broward County, Florida, which is within the jurisdiction of this Court. He is named as a defendant in this action under 26 U.S.C. § 7403(b) as a party that may claim an interest in the Subject Property.

8. Defendant ATK Associates LLC ("ATK") is a Florida limited liability company with its principal business address at 5337 SW 183rd Avenue, Miramar, Florida 33029. Defendant Arora Karan Satish is a manager of ATK. ATK is named as a defendant in this action under 26 U.S.C. § 7403(b) as a party that may claim an interest in the Subject Property.

9. Defendant Sian Ocean Residences Condominium Association, Inc. ("Sian Ocean") is a Florida corporation with its principal business address at 4001 South Ocean Drive,

Hollywood, Florida 33019.  It is named as a defendant in this action under 26 U.S.C. § 7403(b) as a party that may claim an interest in the Subject Property.

## Count I:
## Reduce Federal Tax Liabilities to Judgment
### (Against Defendant Sheehan)

10.     Defendant Sheehan was required, but failed, to file a federal income tax return for tax year 2010.  Following an examination and in accordance with applicable deficiency procedures, a delegate of the Secretary of the Treasury assessed taxes, and applicable penalties and interest, against Defendant Sheehan on the dates and in the amounts shown below:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE AS OF DECEMBER 7, 2020 |
|---|---|---|---|---|
| 2010 | 02/11/2013 | $399,668.00 | TAX | $713,532.46 |
|  |  | $8,571.25 | FAILURE TO PRE-PAY PENALTY |  |
|  |  | $89,925.30 | LATE FILING PENALTY |  |
|  |  | $29,974.34 | INTEREST |  |
|  |  | $43,963.48 | LATE PAYMENT PENALTY |  |
|  | 11/17/2014 | $27,290.25 | INTEREST |  |
|  |  | $47,210.51 | LATE PAYMENT PENALTY |  |
|  | 11/23/2015 | $17,269.27 | INTEREST |  |
|  | 11/21/2016 | $21,179.12 | INTEREST |  |
|  |  |  | TOTAL | $713,532.46 |

11.     The total balance due in the chart in paragraph 10 represents Defendant Sheehan's unpaid 2010 federal income tax liabilities as of December 7, 2020. It reflects interest and statutory additions as allowed by law less any credits, including for payments received. Statutory additions including interest continue to accrue until the liabilities are paid.

3

12. Defendant Sheehan was required, but failed, to file a federal income tax return for tax year 2011. Following an examination and in accordance with applicable deficiency procedures, a delegate of the Secretary of the Treasury assessed taxes, and applicable penalties and interest, against Defendant Sheehan on the dates and in the amounts shown below:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE AS OF DECEMBER 7, 2020 |
|---|---|---|---|---|
| 2011 | 02/23/2015 | $970,040.00 | TAX | $1,977,612.48 |
| | | $19,204.70 | FAILURE TO PRE-PAY PENALTY | |
| | | $218,259.00 | LATE FILING PENALTY | |
| | | $106,388.28 | INTEREST | |
| | | $169,757.00 | LATE PAYMENT PENALTY | |
| | 11/21/2016 | $89,700.32 | INTEREST | |
| | | $72,753.00 | LATE PAYMENT PENALTY | |
| | | | TOTAL | $1,977,612.48 |

13. The total balance due in the chart in paragraph 12 represents Defendant Sheehan's unpaid 2011 federal income tax liabilities as of December 7, 2020. It reflects interest and statutory additions as allowed by law less any credits, including for payments received. Statutory additions including interest continue to accrue until the liabilities are paid.

14. A delegate of the Secretary of the Treasury properly gave notice to Defendant Sheehan of the unpaid tax liabilities described in paragraphs 10 and 12 above. Despite notice and demand for payment, Defendant Sheehan has failed and refused to pay the entire amount of the liabilities described in paragraphs 10 and 12.

15.     Taking into account all payments, credits, and abatements, as of December 7, 2020, Defendant Sheehan owes $2,691,144.94, plus further interest and statutory additions that continue to accrue until paid for his 2010 and 2011 federal income tax liabilities.

**Count II:**
**Declaratory Judgment – Federal Tax Liens Attached to Subject Property**
**(Against All Defendants)**

16.     Defendant Sheehan once owned the Subject Property. He acquired it through a tax deed that was recorded on February 24, 2011 in book 47741, page 1478 of the public records of Broward County, Florida.

17.     As a result of Defendant Sheehan's failure to pay the assessments described in paragraphs 10 and 12 above, federal tax liens arose on the dates of assessment and attached to all his property and rights to property. *See* 26 U.S.C. §§ 6321, 6322.

18.     A delegate of the Secretary of the Treasury filed notices of federal tax liens in the public records of Broward County, Florida as follows:

| TAX PERIOD ENDING | TYPE OF TAX | DATE(S) OF FILING | REFERENCE NUMBER |
|---|---|---|---|
| 12/31/2010 | INCOME (1040) | 04/08/2013 | BOOK 49677, PAGE 723 |
| 12/31/2011 | INCOME (1040) | 03/31/2015 | INSTRUMENT NO. 112898310 |

19.     Defendant Sian Ocean initiated a foreclosure proceeding against the Subject Property on November 7, 2018, in the Circuit Court for the Seventeenth Judicial Circuit of Florida (Case No. CACE-18-026267). Sian Ocean did not join the United States as a party to the foreclosure action or otherwise notify the United States of the action as required under 26 U.S.C. § 7425(a) and 28 U.S.C. § 2410.

20. Defendant ATK purchased the Subject Property at the state court foreclosure sale. The Clerk of the Court for the Seventeenth Judicial Circuit issued ATK a deed, which was recorded in the Broward County public records on March 25, 2020, instrument number 116431774.

21. ATK transferred the Subject Property to Defendant Arora Karan Satish by two separate quitclaim deeds. The first deed was recorded in the Broward County public records on June 24, 2020, instrument number 116572135. The second deed was recorded in the Broward County public records on July 7, 2020, instrument number 116640895.

22. Under 26 U.S.C. § 7425(a) and 28 U.S.C. § 2410, the United States' liens survive a foreclosure sale where the United States was not a party, provided that the United States' notice of federal tax lien was recorded in the public records at the time the action was commenced.

23. Defendant ATK took title subject to the United States' tax liens.

24. Defendant Arora Karan Satish took title subject to the United States' tax liens.

### RELIEF REQUESTED

The United States of America respectfully requests that:

A. The Court enter judgment in favor of the United States and against Defendant Sheehan in the amount of $2,691,144.94 as of December 7, 2020, plus further interest and statutory additions as allowed by law, for unpaid income taxes, penalties, and interest for tax years 2010 and 2011;

B. The Court order, adjudge, and decree that the United States' federal tax liens attached and continue to attach to the Subject Property located at 4001 South Ocean Drive #3F, Hollywood, Florida 33019 and that the tax liens can be enforced; and

      C.   That the Court grant the United States such other and further relief, including costs, it deems just and proper.

Dated: December 17, 2020.

              Richard E. Zuckerman
              Principal Deputy Assistant Attorney General

By:
    **John P. Nasta, Jr.**
    JOHN P. NASTA, JR.
    Fla. Bar No. 1004432
    Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 14198
    Washington, D.C. 20044
    Telephone:    (202) 307-6560
    Facsimile: (202) 514-4963
    john.nasta@usdoj.gov

    Jordan A. Esteban
    Florida Bar No. 1025386
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 14198
    Washington, D.C.  20044
    202-514-6472 (v)
    202-514-4963 (f)
    Jordan.A.Esteban@usdoj.gov

*Of Counsel:*
    Ariana Fajardo Orshan
    U.S. Attorney, Southern District of Florida

    *Attorneys for the United States of America*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
DANIEL SHEEHAN; ARORA KARAN SATISH; ATK ASSOCIATES, LLC; and SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant BROWARD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
555 FOURTH STREET NW, WASHINGTON, D.C. 20001
202-598-3671

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)* *(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
**Other:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed *(See VI below)*
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☒ NO
JUDGE:    DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Section 7401 - Suit to reduce federal tax liabilities to judgment
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE 12/17/2020    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY: RECEIPT #    AMOUNT    IFP    JUDGE    MAG JUDGE**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** (a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked. Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Nature of Suit. Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

Remanded from Appellate Court. (8) Check this box if remanded from Appellate Court.

**VI.** **Related/Refiled Cases**. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

**VII.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
　　　　　　Brief Description: Unauthorized reception of cable service

**VIII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> DANIEL SHEEHAN; ARORA KARAN SATISH; ATK ASSOCIATES, LLC; and SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:20-cv-62605 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ATK ASSOCIATES, LLC

200 S. ANDREWS AVENUE
STE 903
FORT LAUDERDALE, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John P. Nasta, Jr.
Trial Attorney, U.S. Department of Justice
Tax Division, Civil Trial Section-Southern Region
P.O. Box 14198
Washington, DC 20044
john.nasta@usdoj.gov   202-307-6560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/17/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-62605

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff(s)* <br> v. <br> DANIEL SHEEHAN; ARORA KARAN SATISH; ATK ASSOCIATES, LLC; and SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC. <br> *Defendant(s)* | Civil Action No. 0:20-cv-62605 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ARORA KARAN SATISH

    5337 SW 183 AVENUE
    MIRAMAR, FL 33029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. Nasta, Jr.
    Trial Attorney, U.S. Department of Justice
    Tax Division, Civil Trial Section-Southern Region
    P.O. Box 14198
    Washington, DC 20044
    john.nasta@usdoj.gov   202-307-6560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/17/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-62605

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br><br> v. <br><br> DANIEL SHEEHAN; ARORA KARAN SATISH; ATK ASSOCIATES, LLC; and SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC. <br><br> *Defendant(s)* | Civil Action No. 0:20-cv-62605 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DANIEL SHEEHAN

2350 NE 14 ST, APT 206
POMPANO BEACH, FL 33062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John P. Nasta, Jr.
Trial Attorney, U.S. Department of Justice
Tax Division, Civil Trial Section-Southern Region
P.O. Box 14198
Washington, DC 20044
john.nasta@usdoj.gov   202-307-6560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/17/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-62605

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>DANIEL SHEEHAN; ARORA KARAN SATISH; ATK ASSOCIATES, LLC; and SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC.<br>*Defendant(s)* | Civil Action No. 0:20-cv-62605 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SIAN OCEAN RESIDENCES CONDOMINIUM ASSOCIATION, INC.

201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John P. Nasta, Jr.
Trial Attorney, U.S. Department of Justice
Tax Division, Civil Trial Section-Southern Region
P.O. Box 14198
Washington, DC 20044
john.nasta@usdoj.gov   202-307-6560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/17/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 0:20-cv-62605

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: